**STATE of Missouri, Respondent,**

v.

**Bobby N. LOVELADY, Appellant.**

**No. WD 40111.**

Missouri Court of Appeals, Western District.

Sept. 27, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1988.

Application to Transfer Denied Dec. 13, 1988.

Sean D. O'Brien, Public Defender, Randall J. Schlegel, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for damage to property, in violation of § 569.100, RSMo 1986 and conspiracy to escape confinement, in violation of § 564.016.8(1), RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-25(b).

JUDGMENT AFFIRMED. Rule 84.-16(b).